Michael L. Oran (CA Bar Number 110970)
miloran@mloesq.com
Law Offices of Michael L. Oran
801 South Grand Avenue, 11th Floor
Los Angeles, California 90017
Telephone: (213) 624-1177
Fax: (213) 624-1162

Attorney for Plaintiffs ROCHELLE DEVERS, KENYETA WEST, CHANELLE DEVERS-JEFFERS and ERIC TURNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE DEVERS, KENYETA WEST, CHANELLE DEVERS-JEFFERS and ERIC TURNER, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. 2:22-cv-01068 <br><br> COMPLAINT FOR DAMAGES: WRONGFUL DEATH |

COMES NOW Plaintiffs ROCHELLE DEVERS, KENYETA WEST, CHANELLE DEVERS-JEFFERS and ERIC TURNER, by and through counsel, and states as follows:

1. This Court has original jurisdiction under 28 U.S.C. Section 1436(b) in that this claim is founded upon the filing of a Federal Tort Claim pursuant to 28 U.S.C. Section 2671(b), et seq.

2. Plaintiff ROCHELLE DEVERS is the wife of decedent Ronald Devers. KENYETA WEST, CHANELLE DEVERS-JEFFERS and ERIC TURNER JOSHUA ROBERTS are the adult children of decedent Ronald Devers.

1
**COMPLAINT FOR DAMAGES**

3. That the Veteran's Administration/Department of Veteran's Affairs is a federal agency and/or department of the United States of America.

4. That pursuant to 28 U.S.C. Section 2675, the United States of America is liable for the loss of property, personal injury or death caused by the negligent or wrongful act or omission of any employee or agent of the Government while acting within the scope of his/her office or employment.

5. At all times herein mentioned, Ronald Devers was a veteran of the United States of America, having proudly served his country as a member of the Armed Forces during the Vietnam War. As a veteran, Ronald Devers sought, and was provided, medical care from the Veteran's Administration/Department of Veteran's Affairs medical facilities.

6. That on or about October 6, 2016, Ronald Devers ("Decedent"), then 66 years of age, underwent a scheduled anterior cervical discectomy and fusion for cervical stenosis performed by neurosurgeon Noushan Schati, M.D. and resident/fellow Daniel Hirt, M.D. at the West Los Angeles VA. The surgeons negligently deviated from the standard of care by, among other negligent acts, slipping when using the pituitary rongeur causing a dural tear and indentation of the spinal cord with an intra-operative spinal cord injury and lost SSEP's (somatosensory evoked potential.) The surgeons endeavored to repair the CSF leak caused by their negligence by using an interbody graft placement and closing with a lumbar drain. The SSEP's recovered to only 50% to the end of the surgery.

7. Due to the negligent failure of the health care providers to provide proper orders and/or properly monitor, among other negligent acts or omissions, Mr. Devers fell out of bed on postoperative day 2 with his lumbar drain breaking and continued CSF leak. The drain was reinserted. Following surgery, Mr. Devers experienced a reduction in his motor strength in his right and left upper extremities.

8. The extent of spinal cord injury (SCI) is defined by the American Spinal

Injury Association (ASIA) Impairment Scale using categories A through E.  The level of injury refers to the level of the cervical spine cord.  Category D is an incomplete spinal cord injury with motor function preserved below the neurologic level.  Following the October 6, 2016 surgery, Mr. Devers was assessed and diagnosed as having a C 5 ASIA D spinal cord injury.

9. Mr. Devers was discharged from the hospital on October 19, 2016.  However, due to progressively worsening weakness, Mr. Devers was re-admitted to the West Los Angeles VA on November 8, 2016.  Mr. Devers was noted to have chronic CSF leaking with a large fluid collection below the incision line (measuring approximately 5.8 cm CC x 2.2 cm AP x 2.6 cm, centered from C2-C5 levels, in contiguity with right anterior neck submandibular fluid collection (measuring approximately 5.3 cm AP x 2.9 cm TR x 6) as shown on MRI dated 11/8/16.

10. On November 14, 2016, Mr. Devers underwent a revision anterior cervical disc fusion with decompression of neural elements, intraoperative repair of ventral cerebral spinal fluid leak and intraoperative use of microscope for microdissection with lumbar drain placement.  Such surgery was performed by neurosurgeon Jean-Phillipe Langevin, M.D. assisted by resident Yinn Ooi, M.D.  Mr. Devers developed dsyphagia (difficulty swallowing) with then required that his diet be changed to one appropriate to prevent aspiration.  Mr. Devers also developed meningitis while at West Los Angeles VA.

11. Following the revision surgery on November 14, 2016, Mr. Devers was assessed as at C 6 ASIA D spinal cord injury.

12. On December 8, 2016, Mr. Devers was discharged from the West Los Angeles VA to the Long Beach VA for continued spinal cord rehabilitation.  Mr. Devers was discharged from the Long Beach VA on February 23, 2017.  Mr. Devers' Discharge Summary from Long Beach VA provides that he was assessed as having a C8 Asia D spinal injury.

3
**COMPLAINT FOR DAMAGES**

13. Due to the negligence of the VA physicians and its employees, Mr. Devers suffered from the following permanent residual medical injuries:

- Neurogenic bladder with urinary incontinence/retention requiring catherization;
- Neurogenic bowel with incontinence/constipation;
- Difficulty with bilateral upper extremity dexterity, finger to nose with dysmetrias, and finger tapping slowed and uncoordinated left worse than right;
- Bilateral deltoid weakness;
- Significant lower extremity atrophy;
- Pain in the left shoulder to humerus since the spinal cord injury with adhesive capsulitis and osteoarthritis;
- Inability to eat requiring feeding through a G-tube;
- Inability to stand or walk;
- Wheel chair bound.

14. Ronald Devers died on October 26, 2018. As shown on the Death Certificate, the causes of Mr. Devers' death were : (1) Hypercapnic Respiratory Failure (weeks), (2) Failure to Thrive (months), and (3) Tetraplegia (years). The negligent care and treatment provided by health care providers at the West Los Angeles VA, commencing on October 6, 2016, were a substantial factor in the death of Ronald Devers.

15. As a further direct result of the negligence of the Defendant and the wrongful death of her decedent, Plaintiffs have sustained general and special damages including the loss of love, care, comfort, society, affection, physical assistance, financial support, funeral and burial expenses and other losses.

16. On or about September 13, 2018, Ronald Devers and Rochelle Devers presented timely Federal Tort Claims for the injuries and damages, and loss of consortium respectively, sustained by the negligence care and treatment provided

by the health care providers at the West Los Angeles VA.

17.  Due to the death of Ronald Devers, the claim of Ronald Devers for personal injury and the claim of Rochelle Devers for loss of consortium became moot.  Accordingly, on October 5, 2020, Plaintiffs ROCHELLE DEVERS, KENYETA WEST, CHANELLE DEVERS-JEFFERS and ERIC TURNER filed a Federal Tort Claim for the wrongful death of their husband/father Ronald Devers. Defendant issued its final denial of Plaintiff's Federal Tort Claim for the wrongful death of Ronald Devers on September 8, 2021, less than six months before the filing of this action.

WHEREFORE, Plaintiffs pray for judgment as follows:

1. General damages according to proof;
2. Special damages according to proof;
3. Funeral and burial expenses according to proof;
4. Costs of suit as allowed by law, and
5. Such other and further relief as the Court deems proper.

DATED: February 16, 2022     LAW OFFICES OF MICHAEL L. ORAN, A.P.C.

BY: _____
MICHAEL L. ORAN
Attorneys for Plaintiffs
ROCHELLE DEVERS, KENYETA WEST, CHANELLE DEVERS-JEFFERS and ERIC TURNER

5
**COMPLAINT FOR DAMAGES**